IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GEORGE WILSON,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 11-0478-CG-M** |
| **CITY OF SELMA,** : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 8th day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE