IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE WILSON,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-0478-CG-M |
| **CITY OF SELMA,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 8thd ay of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE